UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 3:17-cr-00082-MMD-CBC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ANTOINE W. HARRIS, | |
| Defendant. | |

Defendant Antoine W. Harris, who is represented by counsel, has sent the two attached letters to the Court. Pursuant to Local Rule IA 11-6, a party who is represented by counsel may not appear or act in his case.

It also does not appear these letters were served on the government. The Court warns Defendant that *ex parte* communications with a judge are inappropriate in most circumstances. *See* LR IA 7-2(b).

For these reasons, the Court will not take any action in response to Defendant's letters.

DATED THIS 15th day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

1 Antoine W. Harris
2 911 E. Parr Blvd
3 Reno, NV. 89512
4 Attorney for Antoine Harris
5
6 UNITED STATES DISTRICT COURT
7 DISTRICT OF NEVADA
8 UNITED STATES OF AMERICA | 03:17-CR-82-MMD-VPC
9 Plaintiff, | MOTION FOR FRANK'S HEARING
10 VS. | FRANK'S HEARING Requested
11 ANTOINE W. HARRIS
12 Defendant,

13 CERTIFICATION: This motion is filed timely.
14 Antoine Harris, by Counsel Antoine Harris, moves the court for
15 an order granting a Frank's Hearing, based on intentional false
16 statement's by Local Law enforcement officer, in the affidavit
17 submitted on September 22nd 2017, to establish probable cause
18 and in support of an arrest warrant.
19 This motion is supported by the attached points and
20 authorities.
21
22 Dated this 13th day of May, 2019
23
24 ANTOINE W. HARRIS
25
26 ANTOINE W. HARRIS
27 Counsel for Antoine W. Harris
28

-1-

# MEMORANDUM OF POINTS and AUTHORITIES

## 1. Factual Background

The following information is taken from government issued discovery. On September 22nd 2017 an affidavit was submitted to the court for a probable cause determination and for an arrest warrant to be issued for Antoine W. Harris. Inside the complaint attached to the affidavit, states that Antoine Harris was arrested on September 21st 2017 for four (4) previous controlled purchases not for the events of the day of September 21st 2017.

So August 17th, August 24th, August 31st, and September 14th 2017 are the four (4) previous alleged controlled purchases Mr. Harris was arrested for on September 21 2017, by the Washoe County Sheriff, without a warrant. Affiant contends that on August 31st Mr. Harris sold their confidential human source 46.6g of heroin for $1,000.00. That is a very knowingly and intentional false statement in the affidavit with reckless disregard for the truth.

In (CHS') reporting document bate stamp USAO 000027 states that (CHS) was to purchase one ounce of heroin for $1,200.00 but it was six grams short of an ounce and agreed on a price of a $1,000.00. In the streets an ounce of heroin weighs 25 grams. If the states witness contends that the alleged purchase of an ounce was 6 grams short of an ounce that leaves 19 grams. Also (CHS) states in his/her report that he/she contacted Claude King and made the purchase from Claude King not Mr. Harris.

Affiant stated in affidavit that (CHS) purchased 46.6 gross gram weight to include packaging material of heroin from Mr. Harris. When the weight is gross weight it includes the drug and what the drug was packaged in. In bate stamp USAO 000031 is a picture of a scale with the date 8/31/2017

1 ON IT, WITH THIS big LAMINATED plastic ENVELOPE WITH THE alleged HEROIN
2 and packaging material inside of it. You can clearly see that the
3 46.6g is NOT a CORRECT and accurate gross gram weight of the alleged
4 drug and the packaging material, its the weight of that big plastic
5 envelope it is inside of. That big plastic envelope is NOT the packaging
6 material the alleged drug was purchased in so it should NOT have
7 been weighed inside of it, NOR SHOULD that weight have been put in the
8 affidavit as the gross gram weight, cause its False.
9    There is also another photo of a scale with drugs on it with the date
10 on the scale of 8/31/2017 with the weight of 17.5g, which was omitted
11 From the affidavit, bate stamp USAO 000030. Also on October 2nd
12 2018, during cross examination SA Dunn stated that the weight of
13 the 8/31/2017 purchase of heroin, when they weighed it, its weighed
14 approximately 16 grams. Page 55 Lines 9 THREW 15.
15    IN USAO 000504 Lab Exhibit 2, Exhibit # 1B161, 1 plastic bag
16 c/dark brown tacky substance, container HSEE (1139991). The laminated
17 envelope is called (HSEE) container. The false weight is the weight
18 of the (HSEE) container. For the report bate stamped USAO 000504 states
19 that the HSEE c/ several mingled wadded pieces of clear plastic or cpbs,
20 some with dark brown sticky residue. IN the photo bate stamp USAO
21 000031 there is only (1) solid plastic baggie inside the (HSEE) container
22 with dark brown residue on it. Which the residue or the baggie does
23 not weigh 46.6 gross grams, the (HSEE) container weighs 46.6 gs
24    Which makes that weight of 46.6 gross grams in the affidavit in
25 support of an arrest warrant, by the affiant a knowingly and
26 intentional false statement with reckless disregard for the truth.
27 You can also see from bate stamp USAO 000504 that the FBI and
28 the lab have falsified and tampered with evidence. IN this report

-3-

They've added the 17.5g (bate stamp USAO 000030 that is not mentioned in any report at all, not even a DEA Form 7) to Exhibit 16151. In the description of evidence section it states: 1 HSEE c/ several co-mingled wadded pieces of clear plastic or cpbs, some with dark brown sticky residue and 1 c/ a (mass) of dark brown sticky/tacky substance.

Bate stamp USAO 000030 shows a (mass) of dark brown sticky/tacky substance with a weight of 17.5gs and bate stamp USAO 000031 shows HSEE container with clear plastic baggie with dark brown sticky residue with the weight of 46.6gs. The bag on the 17.5 gram weighs about 5 grams, which will leave the mass of dark brown substance weighing about 12 grams, which is the net weight of the alleged 46.6g. How is that possible when the lab said in bate stamp USAO 000504 that HSEE contained residue. 12g and 46.6 adds up to 58.6g in bate stamp USAO 000506; where it says gross weight after analysis 58.6g. Thats clearly evidence tampering, and there is not one report that says where this 17.5 grams came from on August 31st 2017, its clearly planted evidence. Its not apart of the alleged transaction, where did it come from.

CONCLUSION:

<u>Frank's v. Delaware</u>, 438 US 154 (1978), which held,
where the defendant makes a substantial preliminary showing that a false statement knowingly and intentionally, or with reckless disregard for the truth, was included by the affiant, in the warrant affidavit, and if the allegedly false statement is necessary to the finding of probable cause, the Fourth Amendment, as incorporated in the Fourteenth Amendment, requires that a hearing be held at the defendants

-4-

REQUEST.
Id. Counsel is alleging omissions and false statements in the affidavit.

    A defendant is entitled to a Franks Hearing if an affidavit omits and contains false information that would prevent a court from establishing probable cause for an arrest or search.

    Mr. Harris relies on the foregoing to respectfully request a Franks Hearing based on evidence provided in this motion.

Date this 13th day of May, 2019

_Antoine W. Harris_

Antoine W. Harris
Counsel for Antoine W. Harris

HARRIS #1715648
...ounty Sheriff's Office
...ention Facility
...1 Parr Blvd.
... NV. 89512-1000

US POSTAGE $ 00.50
First-Class
Mailed From 89512
04/11/2019
032A 0061833489

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 15 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

___ FILED
___ ENTERED

HONORABLE MIRANDA M. DU
400 S. VIRGINIA ST.
RENO, NV 89501



1  Antoine W. Harris
2  911 E. Parr Blvd
3  Reno, NV. 99572
4  Attorney for Antoine Harris
5
6            UNITED STATES DISTRICT COURT
7                 DISTRICT OF NEVADA

| | |
|---|---|
| 8  United States of America, | 03:17-CR-82-MMD-VPC |
| 9       Plaintiffs, | MOTION FOR SUPPRESSION OF EVIDENCE |
| 10 vs. | Evidentiary Hearing Requested |
| 11 Antoine W. Harris | |
| 12     Defendant. | |

13       CERTIFICATION: This motion is filed timely.
14    Antoine Harris, by counsel Antoine Harris, moves the court
15 for an order suppressing evidence obtained by local law
16 enforcement agencies on September 26, 2017.
17     This motion is supported by the attached
18 points and authorities.
19
20   Dated this 13th day of May, 2019
21
22                          Antoine W Harris
23                          ―――――――――――――――
24                          Antoine W. Harris
25                          Counsel for Antoine W Harris
26
27
28

                              1

MEMORANDUM OF POINTS and AUTHORITIES

1
2  I  FACTUAL BACKGROUND
3
4     The following information is taken from
5  government-issued discovery and information gathered
6  throughout the course of this case. September 20 2017
7  Officer Kent Laskin put in a application for a search
8  warrant for a phone with the phone number of
9  775-391-1859.
10     On September 21st 2017 Mr. Harris was arrested
11 Mr. Harris was arrested with a phone in his possession.
12 Officers ask Mr. Harris if said phone belonged to him
13 but never inquired if this phone had the phone number
14 of 775-391-1859, Officers just assumed it did and
15 searched the phone they confiscated, not sure if it
16 was the phone in question.
17     Officer Kent Laskin claims that 775-391-1859 was
18 the sole phone number used by the confidential informant
19 during each alleged transaction. Application for search
20 warrant Bate stamp US20 000123, One (1) cellular
21 device utilized by Antoine Harris with the assigned
22 number of 775-391-1859, hereafter referred to as "TT-1"
23     There is factual evidence, government discovery,
24 that the phone seized & searched does NOT have the
25 assigned number of 775-391-1859. Text messages
26 downloaded from government discovery do not have
27 the number 775-391-1859 attached to them, in fact
28 the LG VID cell phone, IMEI 353174070147705 does

not have the registered number of 775-391-1859. The registered number to the LG V10 cell phone IMEI 353074070147705 has a registered number of 208-597-8930. Text messages from Governments discovery will prove as much, and the warrant was to search the phone with the assigned number of 775-391-1859 not for any and all phones found in Mr. Harris' possession.

Based on the information the agents search of the LG V10 cell phone IMEI 353074070147705 that was seized from Mr. Harris on September 21st 2017, was illegally searched & seized, which is a direct violation of the Fourth 4th Amendment

II Bases for Motion to Suppress:

1. The warrant was for the phone with the number 775-391-1859 only, not for any phone in Mr. Harris' possession.
2. The phone that was searched has a registered number of 208-597-8930 and therefor did not fall up under the search warrants jurisdiction.
3. Officer's alleged that the contact number used by the Confidential Human Source was 775-391-1859 when evidence shows that the number that the (CHS) contacted was infact 208-597-8930 which is not a phone number registered to Mr. Harris

and Governments discovery Bate USAO 000068 proves this assertion.

## CONCLUSION

Mr. Harris relies on the foregoing to respectfully requests suppression of the evidence obtained in this case on September 26th 2017 from the LG V10 cell phone, and also all evidence that pretains to the phone number that was allegedly used to contact Mr. Harris for the alleged transactions.

Dated this 13th day of May, 2019

Antoine W. Harris

Antoine W. Harris
Counsel for Antoine W Harris

...ty Sheriff's Office
...ion Facility
...Parr Blvd.
...89512-3000
Harris 1715640

REMO NV 895

US POSTAGE
$00.46
First-Class
Mailed From 89512
08/02/2017
032A 0061833489

FILED _____ RECEIVED _____
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 15 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Judge Miranda M. du
400 So. Virginia Street
Reno NV 89501

1491
LEGAL
MAIL